## JOHN PINCHBACK et al. v. STATE.

No. A-2607.   Opinion Filed January 13, 1919.

(177 Pac. 119.)

**KEEPING PLACE FOR INTOXICATING LIQUORS.** Syllabus the same as in No. 2331, **Proctor v. State**, 15 Okla. Cr. 338, 176 Pac. 771.

*Appeal from District Court, Payne County;*
*A. H. Huston, Judge.*

John Pinchback and Albert Stephens were convicted of keeping a place with the intent and for the purpose of selling intoxicating liquors, and they appeal. Reversed.

*McAdams & Haskell,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

GALBRAITH, Special Judge. The plaintiffs in error, John Pinchback and Albert Stephens, were jointly charged and convicted of keeping a place with the intention and for the purpose of selling intoxicating liquors, under section 4, c. 26, Sess. Laws 1913.

This case involves the same issues as the case of *Proctor v. State, ante,* p. 338, 176 Pac. 771, decided this term, and is controlled thereby. For the reasons set out in that opinion, the judgment appealed from is reversed.

DOYLE, P. J., and ARMSTRONG, J., concur.